

## IN THE CIRCUIT COURT OF FRANKLIN COUNTY, MISSOURI

| Judge or Division: | Case Number: 14AB-CC00015 |
|---|---|
| Case Name:  JACKIE NICHOLAS V AMERICAN MODERN SELECT INS CO | |

## Certificate of Clerk

I, BILL D.MILLER, Clerk of the CIRCUIT Court, of FRANKLIN County, which said court is a court of record, having a clerk and seal, certify that the attached is a true, accurate and complete copy of CONTENTS OF FILE 14AB-CC00015 in the above entitled case, as the same appears of record and on file in this office.

WITNESS my hand and the seal of the court affixed hereto on ___December 3, 2014___.

Clerk _____*Bill D. Miller*_____

By: _____*Donna Spaunhorst*_____
                                      Deputy Clerk

*(Seal of the Court)*

**EXHIBIT**

A

State of Missouri

# Department of Insurance, Financial Institutions and Professional Registration



**TO:** Corporate Secretary (or United States Manager or Last Appointed General Agent) of

AMERICAN MODERN SELECT INSURANCE COMPANY
7000 MIDLAND BLVD
AMEILA, OH 45102-2607

# FILED

## NOV 2 1 2014

BILL D. MILLER, Circuit Clerk
FRANKLIN COUNTY MISSOURI
By _____
D.C.

**RE:** Court: Franklin Co. Circuit Court, Case Number: 14AB-CC00015

   You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Insurance, Financial Institutions and Professional Registration of the state of Missouri, Dated at Jefferson City, Missouri this 7th day of November, 2014.

_____
Director of Insurance, Financial Institutions
and Professional Registration

AFFIDAVIT

State of Missouri,
                              ss.
County of Cole,

   The undersigned Director of the Department of Insurance, Financial Institutions and Professional Registration or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on ___November 7___, _2014_ by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Insurance, Financial Institutions and
Professional Registration

By: _____

Subscribed and sworn to before me this _7th_ day of _November_, _2014_

_____
Notary Public

My commision expires: _____

KATHRYN LATIMER
My Commission Expires
March 4, 2016
Cole County
Commission #12418395

NOTARY PUBLIC
NOTARY
SEAL
OF MISSOURI

UNITED STATES POSTAL SERVICE

CAH-452

10 NOV '14

PM5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

LEGAL SECTION
MO. DEPARTMENT OF INSURANCE, FINANCIAL
INSTITUTIONS & PROFESSIONAL REGISTRATION
PO BOX 690
JEFFERSON CITY, MO  65102-0690

---

PS Form 3811, July 2013

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

AMERICAN MODERN SELECT
INSURANCE COMPANY
7000 MIDLAND BLVD
AMELIA, OH 45102-2607

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☒ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  11-01-14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
   ☒ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

7014 2630 0000 0474 6949



**IN THE 20TH JUDICIAL CIRCUIT COURT, FRANKLIN COUNTY, MISSOURI**

~~FILED~~ FILED

NOV 1 4 2014

BILL D. MILLER Circuit Clerk
FRANKLIN COUNTY MISSOURI
By _____ D.C.

RECEIVED

NOV 06 2014

COLE COUNTY
SHERIFF'S OFFICE
(Date File Stamp)

| Judge or Division:<br>GAEL D. WOOD | Case Number: 14AB-CC00015 |
|---|---|
| Plaintiff/Petitioner:<br>JACKIE NICHOLAS | Plaintiff's/Petitioner's Attorney/Address<br>BRADLEY S. DEDE<br>222 S MERAMEC<br>SUITE 205<br>CLAYTON, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>AMERICAN MODERN SELECT INSURANCE CO | Court Address:<br>401 EAST MAIN ST, RM 100A<br>UNION, MO 63084 |
| Nature of Suit:<br>CC Chpter 536 State Agcy Rvw | |

## Summons in Civil Case

The State of Missouri to:   AMERICAN MODERN SELECT INSURANCE COMPANY
Alias:

**DIRECTOR OF INSURANCE**
**MISSOURI DEPARTMENT INSURANCE**
**301 W HIGH STREET, RM 530**
**JEFFERSON CITY, MO 65101**

COURT SEAL OF

CIRCUIT COURT OF MISSOURI

FRANKLIN COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

11-04-2014 _____    Bill D. Miller _____
Date                                        Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
K. LANDERS _____ (name) 1301LNS3 _____ (title).

☐ other _____

Served at 301 W. HIGH _____ (address)
in COLE (County/City of St. Louis), MO, on 11/7/14 (date) at 8:10 M (time).

@ WHITES

Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____
Date                                   Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 20TH JUDICIAL CIRCUIT COURT, FRANKLIN COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>GAEL D. WOOD | Case Number:  14AB-CC00015 |
| Plaintiff/Petitioner:<br>JACKIE NICHOLAS<br><br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>BRADLEY S. DEDE<br>222 S MERAMEC<br>SUITE 205<br>CLAYTON, MO 63105 |
| Defendant/Respondent:<br> AMERICAN MODERN SELECT INSURANCE<br>CO | Court Address:<br>401 EAST MAIN ST, RM 100A<br>UNION, MO 63084 |
| Nature of Suit:<br>CC Chpter 536 State Agcy Rvw | <div align="right">(Date File Stamp)</div> |

## Summons in Civil Case

**The State of Missouri to:   AMERICAN MODERN SELECT INSURANCE COMPANY**
**Alias:**

DIRECTOR OF INSURANCE
MISSOURI DEPARTMENT INSURANCE
301 W HIGH STREET, RM 530
JEFFERSON CITY, MO 65101

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

<u>11-04-2014</u>                              *Bill D. Mille*
<div style="margin-left:2em">Date                                                      Clerk</div>

*FRANKLIN COUNTY*

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                         _____
<div style="margin-left:4em">Printed Name of Sheriff or Server                          Signature of Sheriff or Server</div>

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*        Subscribed and sworn to before me on _____ (date).

My commission expires: _____        _____
<div style="margin-left:18em">Date                                      Notary Public</div>

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $    10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

IN THE CIRCUIT COURT OF THE COUNTY OF FRANKLIN
STATE OF MISSOURI

| | | |
|---|---|---|
| JACKIE NICHOLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.    14AB-CC00015 |
| vs. | ) | |
| | ) | Division No. |
| AMERICAN MODERN SELECT | ) | |
| INSURANCE CO | ) | |
| | ) | |
| Defendant. | ) | |

**REQUEST FOR SUMMONS**

Comes now Plaintiff, by and through his attorney, and hereby requests a Summons to issue on Plaintiff's First Amended Petition to be served upon the Director of Insurance at Missouri Department of Insurance, 301 West High Street, Room 530, Jefferson City, Missouri 65101.

Respectfully Submitted,

BRADLEY S. DEDE, L.L.C.


By:    _E/S Bradley S. Dede_____
Bradley S. Dede, #36103
Attorney for Petitioner
7710 Carondelet, Suite 105
Clayton, MO  63105
314-725-9700
314-725-5967 (fax)
bsdede@att.net

1

IN THE CIRCUIT COURT OF THE COUNTY OF FRANKLIN
STATE OF MISSOURI

| | |
|---|---|
| JACKIE NICHOLAS,　　　　　　　　　　） | |
| 　　　　　　　　　　　　　　　　　　） | |
| 　　　　Plaintiff,　　　　　　　　　　） | |
| 　　　　　　　　　　　　　　　　　　） | Case No.　　14AB-CC00015 |
| vs.　　　　　　　　　　　　　　　　　） | |
| 　　　　　　　　　　　　　　　　　　） | Division No. |
| AMERICAN MODERN SELECT　　　　） | |
| INSURANCE CO　　　　　　　　　　　） | |
| 　　　　　　　　　　　　　　　　　　） | |
| SERVE:　　　　　　　　　　　　　　） | |
| Director of Insurance　　　　　　　　　） | |
| Missouri Department of Insurance　　　　） | |
| 301 West High Street, Room 530　　　　） | |
| Jefferson City, MO  65101　　　　　　　） | |
| 　　　　　　　　　　　　　　　　　　） | |
| 　　　　Defendant.　　　　　　　　　　） | |

### PLAINTIFF'S FIRST AMENDED PETITION FOR DAMAGES

Comes now Plaintiff, Jackie Nicholas, by and through her attorney of record and for her

cause of action against Defendant, states and alleges and otherwise avers as follows:

1.　　Plaintiff is a resident of Franklin County, State of Missouri.

2.　　Defendant, American Modern Select Insurance Company, is an insurance

company doing business and is good standing in the State of Missouri which can be served with

process as referenced above with the Missouri Department of Insurance.

3.　　Jurisdiction and venue are proper in this court in that the facts claimed herein and

are the subject of this litigation occurred in Franklin County, State of Missouri and the amount in

controversy exceeds Twenty Five Thousand Dollars ($25,000.00).

### COUNT I – BREACH OF CONTRACT

Comes now Plaintiff by and through her attorney of record and for Count I on her claim

for breach of contract states as follows:

1

4.      Plaintiff hereby incorporates by reference each paragraph previously plead as if plead herein.

5.      Plaintiff purchased a homeowner's insurance policy from Defendant insurance policy number 0047062965 for homeowner's coverage.  That said policy was in effect from October 6, 2011 to October 6, 2012.

6.      As such, the policy was in full force and effect on the date of the damages incurred by Plaintiff herein.

7.      On Saturday, March 17, 2012, Plaintiff's property incurred severe hail storm damage to her vehicle and house.

8.      That according to the terms of policy an adjuster would be dispatched by the insurance company to determine the nature and extent of the damages.

9.      That no adjuster was timely dispatched to Plaintiff's property.

10.     That several days lapsed until an adjuster and a roofer came to the property.

11.     That the roofer as agent for the Defendant herein did not protect the roof and residence against further damage.

12.     That weeks passed without proper attention by Defendant to the damages incurred by Plaintiff; the failure to fix the property damaged, resulting in further damage.

13.     That during the time of the initial damage and the negligent and improper repair of the property, further storms occurred which was foreseeable and Plaintiff's property further sustained rain, wind, water, and storm damage which resulted in both damage to the interior and exterior including but not limited to floor, wall, ceiling, carpet, mold, odors, joists, studs, rafters, paint, sheet rock, items of furniture and other personal property.

14.    That Plaintiff made numerous attempts to contact the insurance company and no response or repair was forthcoming.

15.    All conditions precedent to the liability of Defendant under Plaintiff's policy had been met.

16.    Plaintiff is legally owed benefits under her policy for the damages.

17.    Defendant insurance company has breached its contract with the Plaintiff and is legally liable for the damages in this lawsuit.

18.    That Plaintiff has made numerous attempts to demand a settlement for her claim under the provisions of the policy and Defendant refuses to perform under the contract.

19.    That as a direct and proximate result of that breach, Plaintiff has been damaged in excess of Two Hundred Thousand Dollars ($200,000.00).

Wherefore, Plaintiff prays for judgment against the Defendant insurance company for all amounts owed to her under the contract for insurance between the parties, in an exact amount for all her damages from the failure and breach of the contract that remain uncompensated and for such other and further relief as the court deems just and proper under the circumstances.

## COUNT II – VEXATIOUS REFUSAL TO PAY THE CLAIM

Comes now Plaintiff, by and through her attorney of record and for Count II of Plaintiff's Petition for Damages against Defendant insurance company hereby states, alleges and otherwise avers as follows:

20.    Plaintiff incorporates by reference each and every previously plead paragraph as if plead herein.

21.    That Plaintiff issued a formal demand under the policy for the damages herein previously referred.

22.     That Defendant insurance company has failed to make payments under and in accordance with the terms of the contract by Plaintiff.

23.     Defendant insurance company's refusal to pay the loss incurred is without reasonable cause or excuse.

24.     That Defendant's refusal to adjust and restore the damages under the policy is without excuse.

25.     That pursuant to RSMo. §357.420 Plaintiff is entitled to in addition to all damages associated with Count I, twenty percent (20%) of the first Fifteen Hundred Dollars ($1,500.00) of loss and ten percent (10%) of all losses greater than Fifteen Hundred Dollars ($1,500.00) as well as Plaintiff's attorney's fees.

26.     As a direct and proximately result of Defendant insurance company's refusal, Plaintiff is entitled to the additional damages in the amount of One Hundred Thousand Dollars ($100,000.00).

Wherefore, as a result of the above, Plaintiff prays for judgment against Defendant insurance company in the amount of One Hundred Thousand Dollars ($100,000.00) pursuant to RSMo. §357.420 and for such other further relief that this Court deems just and proper in the premises.

## DEMAND FOR JURY TRIAL

27.     Plaintiff demands a jury trial on all Counts of her petition for damages.

4

Respectfully Submitted,

BRADLEY S. DEDE, L.L.C.

By:  _Bradley S Dede (Clayton)_

Bradley S. Dede, #36103
Attorney for Petitioner
222 S. Meramec, Suite 205
Clayton, MO 63105
314-725-9700
314-725-5967 (fax)
bsdede@att.net

5

IN THE CIRCUIT COURT OF THE COUNTY OF FRANKLIN
STATE OF MISSOURI

| | | |
|---|---|---|
| JACKIE NICHOLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.    14AB-CC00015 |
| vs. | ) | |
| | ) | Division No. |
| AMERICAN MODERN SELECT | ) | |
| INSURANCE CO | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF HEARING

You are hereby notified that Plaintiff will on the 28th day   of October, 2014, take up for

hearing Plaintiff's Motion for Leave to File First Amended Petition in Division No. 1 of the

Circuit Court for Franklin County, Missouri, at 11:00 a.m. or as   soon thereafter as counsel may

be heard, and requests the Court to make final disposition of same.

Respectfully Submitted,

BRADLEY S. DEDE, L.L.C.

By:    _Bradley S Dede (by) (a)_
Bradley S. Dede, #36103
Attorney for Petitioner
7777 Carondelet, Suite 105
Clayton, MO   63105
314-725-9700
314-725-5967 (fax)
bsdede@att.net

1

IN THE CIRCUIT COURT OF THE COUNTY OF FRANKLIN
STATE OF MISSOURI

| | | | |
|---|---|---|---|
| JACKIE NICHOLAS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | Case No. | 14AB-CC00015 |
| vs. | ) | | |
| | ) | Division No. | |
| AMERICAN MODERN SELECT | ) | | |
| INSURANCE CO | ) | | |
| | ) | | |
| Defendant. | ) | | |

### NOTICE OF HEARING

You are hereby notified that Petitioner will on the 23rd day  of September, 2014, take up

for hearing Plaintiff's Motion for Leave to File First Amended Petition in Division No. 1 of the

Circuit Court for Franklin County, Missouri, at 10:30 a.m. or as   soon thereafter as counsel may

be heard, and requests the Court to make final disposition of same.

Respectfully Submitted,

BRADLEY S. DEDE, L.L.C.

By: _____

Bradley S. Dede #36103
Attorney for Petitioner
7777 Carondelet, Suite 105
Clayton, MO   63105
314-725-9700
314-725-5967 (fax)
bsdede@att.net

1



### IN THE 20TH JUDICIAL CIRCUIT COURT, FRANKLIN COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>GAEL D. WOOD | Case Number:  14AB-CC00015 |
| Plaintiff/Petitioner:<br>JACKIE NICHOLAS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>BRADLEY S. DEDE<br>222 S MERAMEC<br>SUITE 205<br>CLAYTON, MO  63105 |
| Defendant/Respondent:<br> AMERICAN MODERN INSURANCE CO | Court Address:<br>401 EAST MAIN ST, RM 100A<br>UNION, MO  63084 |
| Nature of Suit:<br>CC Chpter 536 State Agcy Rvw | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  AMERICAN MODERN INSURANCE CO**
**Alias:**
MISSOURI DEPARTMENT OF INSURAN
301 WEST HIGH STREET, ROOM 530
JEFFERSON CITY, MO 65101

*COURT SEAL OF*          You are summoned to appear before this court and to file your pleading to the petition, a copy of
which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the
above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to
file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

      08-18-2014                              *Bill D. Mills*
_____        _____
          Date                                          Clerk

*FRANKLIN COUNTY*    Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____
_____ (address)
Served at _____
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                      Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*        My commission expires: _____     _____
                                                  Date                      Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $____10.00____ |
| Mileage | $_____  (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of
suits, see Supreme Court Rule 54.

IN THE CIRCUIT COURT OF THE COUNTY OF FRANKLIN
STATE OF MISSOURI

| | | |
|---|---|---|
| JACKIE NICHOLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.    14AB-CC00015 |
| vs. | ) | |
| | ) | Division No. |
| AMERICAN MODERN SELECT | ) | |
| INSURANCE CO | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SUMMONS TO ISSUE ON PLAINTIFF'S FIRST PETITION FOR DAMAGES

Comes now Plaintiff, by and through her attorney of record and requests that this

Honorable Court issue its Summons for Plaintiff's First Amended Petition for Damages Directed

to American Modern Select Insurance Company and serve Director of Insurance, Missouri

Department of Insurance, 301 West High Street, Room 530, Jefferson City, Missouri 65101.

Respectfully Submitted,

BRADLEY S. DEDE, L.L.C.

By:  _Bradley S Dede (signature)_
_____
Bradley S. Dede, #36103
Attorney for Petitioner
7777 Carondelet, Suite 105
Clayton, MO 63105
314-725-9700
314-725-5967 (fax)
bsdede@att.net

1



## IN THE 20TH JUDICIAL CIRCUIT COURT, FRANKLIN COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>GAEL D. WOOD | **Case Number:  14AB-CC00015** |
| Plaintiff/Petitioner:<br>JACKIE NICHOLAS | Plaintiff's/Petitioner's Attorney/Address<br>BRADLEY S. DEDE<br>222 S MERAMEC<br>SUITE 205<br>CLAYTON, MO  63105 |
| vs. | |
| Defendant/Respondent:<br>AMERICAN MODERN INSURANCE CO | Court Address:<br>401 EAST MAIN ST, RM 100A<br>UNION, MO  63084 |
| Nature of Suit:<br>CC Chpter 536 State Agcy Rvw | |

RECEIVED

APR 2 4 2014

COLE COUNTY
SHERIFF'S OFFICE

(Date File Stamp)

**ALIAS**        **Summons in Civil Case**

FILED

MAY 15 2014

BILL D. MILLER, Circuit Clerk
FRANKLIN COUNTY, MISSOURI

The State of Missouri to:  AMERICAN MODERN INSURANCE CO
Alias:
MISSOURI DEPARTMENT OF INSURAN
301 WEST HIGH STREET, ROOM 530
JEFFERSON CITY, MO 65101

COURT SEAL OF

FRANKLIN COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

04-10-2014
_____     _____
Date                               Clerk

*Bill D. Miller*

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
  K. LATIMER                    (name)  PROBLEMS              (title).
☐ other _____ (address)
Served at  301 W. HIGH                                    (date) at  8:30AM  (time).
in  COLE                  (County/City of St. Louis), MO, on  4/25/14
  C WHITE
  _____                      _____
  Printed Name of Sheriff or Server                     Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____          _____
                              Date                                    Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $   10.00 |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* Document Id # 14-SMCC-352        1 of 1        Civil Procedure Form No. 1, Rules 54.01 – 54.05,<br>54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

IN THE 20TH JUDICIAL CIRCUIT COURT, FRANKLIN COUNTY, MISSOURI

RECEIVED

APR 2 9 2014

COLE COUNTY
SHERIFF'S OFFICE

| | |
|---|---|
| Judge or Division:<br>GAEL D. WOOD | **Case Number:  14AB-CC00015** |
| Plaintiff/Petitioner:<br>JACKIE NICHOLAS | Plaintiff's/Petitioner's Attorney/Address<br>BRADLEY S. DEDE<br>222 S MERAMEC<br>SUITE 205<br>CLAYTON, MO  63105 |
| vs. | |
| Defendant/Respondent:<br>AMERICAN MODERN INSURANCE CO | Court Address:<br>401 EAST MAIN ST, RM 100A<br>UNION, MO  63084 |
| Nature of Suit:<br>CC Chpter 536 State Agcy Rvw | |

**FILED**
(Date File Stamp)
MAY 15 2014

BILL D. MILLER, Circuit Clerk
FRANKLIN COUNTY MISSOURI
By _____ D.C.

ALIAS     **Summons in Civil Case**

The State of Missouri to:  AMERICAN MODERN INSURANCE CO
Alias:

MISSOURI DEPARTMENT OF INSURAN
301 WEST HIGH STREET, ROOM 530
JEFFERSON CITY, MO 65101

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

04-10-2014                                   *Bill D. Miller*
_____          _____
Date                                              Clerk

*FRANKLIN COUNTY*          Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to K. CANDERS (name) D3OLONGG (title).

☐ other _____

Served at  301 W. HIGH (address)

in  COLE  (County/City of St. Louis), MO, on  4/30/14 (date) at  9:15 AM (time).

G. WHITE                              *Room #22*
_____          _____
Printed Name of Sheriff or Server                  Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____          _____
                                              Date                              Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $  10.00 |
| Mileage | $_____ (____ miles @ $.____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* Document Id # 14-SMCC-352     1 of 1

Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



Jeremiah W. (Jay) Nixon
Governor
State of Missouri

Department of Insurance
Financial Institutions
and Professional Registration
John M. Huff, Director

May 1, 2014

**FILED**

**MAY - 5 2014**

BILL D. MILLER, Circuit Clerk
FRANKLIN COUNTY MISSOURI
By _____ D.C.

Bradley S. Dede
222 S Meramec
Suite 205
Clayton, MO  63105

## NOTICE OF REJECTION OF SERVICE

Please find enclosed the summons petition and any accompanying documents or other pleadings, which were recently received by the Department of Insurance, Financial Institution and Professional Registration. These pleadings are being returned to you because:

_____   Said material is not initial service of process and should be served directly upon the insurer. [20CSR 800-2.010 (7)].

_____   The Department of Insurance does not accept subpoenas.

XXX   Name of the insurance company defendant in such pleading or documents is either incomplete or inaccurate, making proper service questionable. Therefore, you must advise the Court of the name of the specific company on which you want service.

_____   Service papers must be delivered by the sheriff, the United States Marshal's Office, a person over the age 18 who is not a party of the action, or if mailed, it **MUST** have a completed Acknowledgment of Service by Mail and a postage page return envelope pursuant to **Supreme Court Rule 54-16.**

_____   Service is attempted upon a Missouri insurance company. The Director of Insurance is not authorized under Missouri statutes to accept service of process for Missouri insurance companies. Proper service may be obtained by personally serving the president of the company.

The Department will endeavor to effect service of process pursuant to stature when the above defects are cured and the corrected documents are served on us.

Sincerely,

Kimberly Landers
Paralegal

Enclosure:   Jackie Nicholas v. American Modern Insurance Company
             Circuit Court of Franklin County, Case #14AB-CC00015

Cc:   Circuit Court of Franklin County

301 West High Street, Room 530, P.O. Box 690 • Jefferson City, Missouri 65102-0690 •
Telephone 573/751-2619 • TDD 1-573-526-4536 (Hearing Impaired)
http://www.difp.mo.gov



# IN THE 20TH JUDICIAL CIRCUIT COURT, FRANKLIN COUNTY, MISSOURI

| Judge or Division:<br>GAEL D. WOOD | Case Number:  14AB-CC00015 |
|---|---|
| Plaintiff/Petitioner:<br>JACKIE NICHOLAS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>BRADLEY S. DEDE<br>222 S MERAMEC<br>SUITE 205<br>CLAYTON, MO  63105 |
| Defendant/Respondent:<br>AMERICAN MODERN INSURANCE CO | Court Address:<br>401 EAST MAIN ST, RM 100A<br>UNION, MO  63084 |
| Nature of Suit:<br>CC Chpter 536 State Agcy Rvw | *(Date File Stamp)* |

## ALIAS       Summons in Civil Case

The State of Missouri to:  **AMERICAN MODERN INSURANCE CO**
**Alias:**
**MISSOURI DEPARTMENT OF INSURAN**
**301 WEST HIGH STREET, ROOM 530**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*FRANKLIN COUNTY*

    **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

04-10-2014          *Bill D. Miller*

Date                              Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

_____ (address)

Served at _____

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____    _____
Printed Name of Sheriff or Server                Signature of Sheriff or Server

        **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____    _____

                               Date                          Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

IN THE CIRCUIT COURT OF THE COUNTY OF FRANKLIN
STATE OF MISSOURI

JACKIE NICHOLAS,                    )
                                    )
        Plaintiff,                  )
                                    )     Case No.      14AB-CC00015
Vs.                                 )
                                    )     Division No.
AMERICAN MODERN INSURANCE CO        )
                                    )
        Defendant.                  )

## REQUEST FOR PLURIES SUMMONS

Comes now Plaintiff, by and through her attorney, and requests that this Honorable Court

issue an Order for the issuance of a Pluries Summons due to a defect in the Summons page.

Respectfully Submitted,

BRADLEY S. DEDE, L.L.C.

By:    _Bradley S Dede (signed)_____

Bradley S. Dede, #36103
Attorney for Plaintiff
222 S. Meramec, Suite 205
Clayton, MO  63105
314-725-9700
314-725-5967 (fax)
bsdede@att.net

1



## IN THE 20TH JUDICIAL CIRCUIT COURT, FRANKLIN COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>GAEL D. WOOD | Case Number: 14AB-CC00015 |
| Plaintiff/Petitioner:<br>JACKIE NICHOLAS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>BRADLEY S. DEDE<br>222 S MERAMEC<br>SUITE 205<br>CLAYTON, MO 63105 |
| Defendant/Respondent:<br>AMERICAN MODERN INSURANCE CO | Court Address:<br>401 EAST MAIN ST, RM 100A<br>UNION, MO 63084 |
| Nature of Suit:<br>CC Chpter 536 State Agcy Rvw | |

**RECEIVED**

APR 03 2014

COLE COUNTY
SHERIFF'S OFFICE

(Date File Stamp)

### Summons in Civil Case

**The State of Missouri to:**  AMERICAN MODERN INSURANCE CO
**Alias:**
MISSOURI DEPARTMENT OF INSURAN
301 WEST HIGH STREET, ROOM 530
JEFFERSON CITY, MO 65101

*COURT SEAL OF*

*FRANKLIN COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____  _____
Date                                      Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____  _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*        Subscribed and sworn to before me on _____ (date).

My commission expires: _____  _____
Date                                      Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**GREG B WHITE**
**SHERIFF OF COLE COUNTY**
**P.O. BOX 426**
**JEFFERSON CITY, MISSOURI 65102**
**Phone: 573-634-9163**
**Fax: 573-635-0069**



FILED

APR - 7 2014

BILL D. MILLER, Circuit Clerk
FRANKLIN COUNTY MISSOURI
By_____
                        D.C.

To: _Franklin Co Circuit Court_

Case No: _14AB-CC00015_

Your document was received at Cole County Sheriff's Department on _4/3/14_ and
is being returned **NOT SERVED** for the following reason(s):

_____ Document was received with insufficient time for service. Summons expires
30 days from date of issue and/or must be served 10 days prior to the
court date. Also enclosed check #_____.

_____ Document was received after the court date. Please remit with a new court
date. Also enclosed check #_____.

_____ Payment of service fees required prior to service. Please remit your papers
with a check or money order made payable to Sheriff of Cole County in the
amount of $_____.

_____ Service address is NOT in Cole Co. Also enclosed check #_____.

_X_ Document must have signature and ~~seal of the court~~ _date_. Also enclosed
check# _1417_.

_____ Name of registered agent and service address must be on document. Also
enclosed check # _____.

_____ A physical address must be on the document for proper service. Also
enclosed check # _____.

_X_ Other: _please send everything back_.

Thank you,

Greg B. White, Sheriff
Cole County, Missouri

By

_Kayla_



## IN THE 20TH JUDICIAL CIRCUIT COURT, FRANKLIN COUNTY, MISSOURI

| Judge or Division:<br>GAEL D. WOOD | Case Number:  14AB-CC00015 |
|---|---|
| Plaintiff/Petitioner:<br>JACKIE NICHOLAS | Plaintiff's/Petitioner's Attorney/Address<br>BRADLEY S. DEDE<br>222 S MERAMEC<br>SUITE 205<br>CLAYTON, MO  63105 |
| **vs.** | |
| Defendant/Respondent:<br>AMERICAN MODERN INSURANCE CO | Court Address:<br>401 EAST MAIN ST, RM 100A<br>UNION, MO  63084 |
| Nature of Suit:<br>CC Chpter 536 State Agcy Rvw | (Date File Stamp) |

### ALIAS    Summons in Civil Case

The State of Missouri to:  AMERICAN MODERN INSURANCE CO
Alias:
MISSOURI DEPARTMENT OF INSURAN
301 WEST HIGH STREET, ROOM 530
JEFFERSON CITY, MO 65101

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

03-18-2014 _____        *Bill D. Mills* _____
Date                                                      Clerk

*FRANKLIN COUNTY*

Further Information: _____

---

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____,
_____ (address)

Served at _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

in _____

_____          _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
Date                                    Notary Public

---

| Sheriff's Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - Franklin County - March 17, 2014 - 04:40 PM

IN THE CIRCUIT COURT OF THE COUNTY OF FRANKLIN
STATE OF MISSOURI

JACKIE NICHOLAS,                          )
                                          )
    Petitioner,                           )
                                          )        Case No.      14AB-CC00015
Vs.                                       )
                                          )        Division No.  1
AMERICAN MODERN INSURANCE,                )
                                          )
    Respondent.                           )

## REQUEST FOR ALIAS SUMMONS

    Comes now Petitioner and requests an alias summons be issued in that the original

summons has expired.

                    Respectfully Submitted,

                    BRADLEY S. DEDE, L.L.C.


By: _____
              Bradley S. Dede, #36103
              Attorney for Petitioner
              222 S. Meramec, Suite 205
              Clayton, MO  63105
              314-725-9700
              314-725-5967 (fax)
              bsdede@att.net

1



# IN THE 20TH JUDICIAL CIRCUIT COURT, FRANKLIN COUNTY, MISSOURI

| Judge or Division:<br>GAEL D. WOOD | Case Number:  14AB-CC00015 |
|---|---|
| Plaintiff/Petitioner:<br>JACKIE NICHOLAS<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>BRADLEY S. DEDE<br>222 S MERAMEC SUITE 205<br>CLAYTON, MO  63105 |
| Defendant/Respondent:<br> AMERICAN MODERN INSURANCE CO | Court Address:<br>401 EAST MAIN ST, RM 100A<br>UNION, MO  63084 |
| Nature of Suit:<br>CC Chpter 536 State Agcy Rvw | |

<div align="right">(Date File Stamp)</div>

## Summons in Civil Case

**The State of Missouri to:  AMERICAN MODERN INSURANCE CO**
<div align="center">Alias:</div>

**MISSOURI DEPARTMENT OF INSURAN**
**301 WEST HIGH STREET, ROOM 530**
**JEFFERSON CITY, MO  65101**

*COURT SEAL OF*

*FRANKLIN COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

<u>__January 24, 2014__</u>          _____
<div align="center">Date                                                            Clerk</div>

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____              _____
<div align="center">Printed Name of Sheriff or Server                                    Signature of Sheriff or Server</div>

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____              _____
<div align="center">Date                                                       Notary Public</div>

---

**Sheriff's Fees**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $    10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see **Supreme Court Rule 54.**

**14AB-CC00015**

```
===============================================================
                        CASE INFORMATION
===============================================================
```

DATE:  1/23/14
COURT LOCATION:  Franklin County - Circuit Court
CASE TYPE:  IA - Chapter 536 State Agency Review
CASE STYLE:  JACKIE NICHOLAS V. AMERICAN MODERN INSURANCE CO

```
===============================================================
                        PARTY INFORMATION
===============================================================
```

PARTY TYPE:  PLT - Plaintiff
SSN:  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
FIRST NAME:  JACKIE
MIDDLE NAME:
LAST NAME:  NICHOLAS
SUFFIX:
GENDER:  FEMALE
DOB:  10/4/1943
EMAIL:
PHONE:
ADDRESS:
  150 ECHO VALLEY ROAD
  UNION, Missouri 63084
ATTORNEY:  36103 - BRADLEY S. DEDE

```
----------------------------------------------------------------
```

PARTY TYPE:  DFT - Defendant
EIN:
ORGANIZATION:  AMERICAN MODERN INSURANCE CO
EMAIL:
PHONE:
ADDRESS:
  MISSOURI DEPARTMENT OF INSURAN
  301 WEST HIGH STREET, ROOM 530
  JEFFERSON CITY, Missouri 65101

```
===============================================================
                      SUBMITTER INFORMATION
===============================================================
```

SUBMITTED BY:  36103 - Bradley S. Dede
PHONE:  (314) 725-9700
EMAIL:  bsdede@att.net
ADDRESS:
  Brad Dede
  Suite 205
  222 S. Meramec Ave
  Saint Louis, Missouri 63105-3514
  United States

**14AB-CC00015**

IN THE CIRCUIT COURT OF THE COUNTY OF FRANKLIN
STATE OF MISSOURI

JACKIE NICHOLAS,           )
                             )
      Plaintiff,          )
                             )    Case No.
vs.                         )
                             )    Division No.
AMERICAN MODERN INSURANCE CO  )
                             )
SERVE:                  )
Director of Insurance         )
Missouri Department of Insurance    )
301 West High Street, Room 530    )
Jefferson City, MO 65101        )
                             )
      Defendant.        )

## PLAINTIFF'S PETITION FOR DAMAGES

Comes now Plaintiff, Jackie Nicholas, by and through her attorney of record and for her

cause of action against Defendant, states and alleges and otherwise avers as follows:

    1.    Plaintiff is a resident of Franklin County, State of Missouri.

    2.    Defendant, Modern Standard Insurance Company, is an insurance company doing

business and is good standing in the State of Missouri which can be served with process as

referenced above with the Missouri Department of Insurance.

    3.    Jurisdiction and venue are proper in this court in that the facts claimed herein and

are the subject of this litigation occurred in Franklin County, State of Missouri and the amount in

controversy exceeds Twenty Five Thousand Dollars ($25,000.00).

### COUNT I – BREACH OF CONTRACT

Comes now Plaintiff by and through her attorney of record and for Count I on her claim

for breach of contract states as follows:

1

4.    Plaintiff hereby incorporates by reference each paragraph previously plead as if plead herein.

5.    Plaintiff purchased a homeowner's insurance policy from Defendant insurance policy number 0047062965 for homeowner's coverage.  That said policy was in effect from October 6, 2011 to October 6, 2012.

6.    As such, the policy was in full force and effect on the date of the damages incurred by Plaintiff herein.

7.    On Saturday, March 17, 2012, Plaintiff's property incurred severe hail storm damage to her vehicle and house.

8.    That according to the terms of policy an adjuster would be dispatched by the insurance company to determine the nature and extent of the damages.

9.    That no adjuster was timely dispatched to Plaintiff's property.

10.    That several days lapsed until an adjuster and a roofer came to the property.

11.    That the roofer as agent for the Defendant herein did not protect the roof and residence against further damage.

12.    That weeks passed without proper attention by Defendant to the damages incurred by Plaintiff; the failure to fix the property damaged, resulting in further damage.

13.    That during the time of the initial damage and the negligent and improper repair of the property, further storms occurred which was foreseeable and Plaintiff's property further sustained rain, wind, water, and storm damage which resulted in both damage to the interior and exterior including but not limited to floor, wall, ceiling, carpet, mold, odors, joists, studs, rafters, paint, sheet rock, items of furniture and other personal property.

14.    That Plaintiff made numerous attempts to contact the insurance company and no response or repair was forthcoming.

15.    All conditions precedent to the liability of Defendant under Plaintiff's policy had been met.

16.    Plaintiff is legally owed benefits under her policy for the damages.

17.    Defendant insurance company has breached its contract with the Plaintiff and is legally liable for the damages in this lawsuit.

18.    That Plaintiff has made numerous attempts to demand a settlement for her claim under the provisions of the policy and Defendant refuses to perform under the contract.

19.    That as a direct and proximate result of that breach, Plaintiff has been damaged in excess of Two Hundred Thousand Dollars ($200,000.00).

Wherefore, Plaintiff prays for judgment against the Defendant insurance company for all amounts owed to her under the contract for insurance between the parties, in an exact amount for all her damages from the failure and breach of the contract that remain uncompensated and for such other and further relief as the court deems just and proper under the circumstances.

## COUNT II – VEXATIOUS REFUSAL TO PAY THE CLAIM

Comes now Plaintiff, by and through her attorney of record and for Count II of Plaintiff's Petition for Damages against Defendant insurance company hereby states, alleges and otherwise avers as follows:

20.    Plaintiff incorporates by reference each and every previously plead paragraph as if plead herein.

21.    That Plaintiff issued a formal demand under the policy for the damages herein previously referred.

3

22.     That Defendant insurance company has failed to make payments under and in accordance with the terms of the contract by Plaintiff.

23.     Defendant insurance company's refusal to pay the loss incurred is without reasonable cause or excuse.

24.     That Defendant's refusal to adjust and restore the damages under the policy is without excuse.

25.     That pursuant to RSMo. §357.420 Plaintiff is entitled to in addition to all damages associated with Count I, twenty percent (20%) of the first Fifteen Hundred Dollars ($1,500.00) of loss and ten percent (10%) of all losses greater than Fifteen Hundred Dollars ($1,500.00) as well as Plaintiff's attorney's fees.

26.     As a direct and proximately result of Defendant insurance company's refusal, Plaintiff is entitled to the additional damages in the amount of One Hundred Thousand Dollars ($100,000.00).

Wherefore, as a result of the above, Plaintiff prays for judgment against Defendant insurance company in the amount of One Hundred Thousand Dollars ($100,000.00) pursuant to RSMo. §357.420 and for such other further relief that this Court deems just and proper in the premises.

## DEMAND FOR JURY TRIAL

27.     Plaintiff demands a jury trial on all Counts of her petition for damages.

Respectfully Submitted,

BRADLEY S. DEDE, L.L.C.

By: _____

Bradley S. Dede, #36103
Attorney for Petitioner
222 S. Meramec, Suite 205
Clayton, MO  63105
314-725-9700
314-725-5967 (fax)
bsdede@att.net