UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACKIE NICHOLAS, | |
| Plaintiff, | No. 4:14-CV-2011 RLW |
| v. | |
| AMERICAN MODERN SELECT INSURANCE COMPANY, | |
| Defendant. | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Compel (ECF No. 14). Defendant served Plaintiff with its First Set of Interrogatories and First Requests for Production on March 27, 2015, but Plaintiff has not served responses to these discovery requests.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel (ECF No. 14) is **GRANTED**. Plaintiff shall provide her responses to Defendant's First Set of Interrogatories and First Requests for Production no later than **July 8, 2015**.

Dated this 24th day of June, 2015.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE